UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Teegarden, | Civil 12-836 SRN/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Minnesota Department of Corrections, Minnesota Correctional Facility Stillwater, Minnesota Correctional Facility Oak Park, Stillwater Warden Michelle Smith, Stillwater Warden John King, Oak Park Warden Kent Granlienard, Oak Park Warden Jessica Symmes, John Doe Officers 1-6, Caseworkers Andy Lieffort and Jeff Carlson, John and Jane Does Doctors 1-4, Sara Hard, and John and Jane Doe Nurses 1-6, | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 11, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* [#2] is DENIED as moot; and

2. This case is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 2, 2012.                s/Susan Richard Nelson
at St. Paul, Minnesota              SUSAN RICHARD NELSON
                                    United States District Judge